### THE CENTRAL BRANCH UNION PACIFIC RAILROAD COMPANY v. JOHN W. HOTHAM.

ACTION brought by *John W. Hotham,* in the district court of Atchison county, against the *Central Branch Union Pacific Railroad Company,* to recover damages alleged to have been by him sustained through the negligence of the *Railroad Company* in permitting fire to escape from its engines, whereby twenty tons of hay, worth $4 per ton, and belonging to Hotham, were burned and destroyed. Trial at June Term, 1877, and verdict and judgment for plaintiff for $65, and for costs. New trial denied, and the *Railroad Company* brings the case here for review.

*Everest & Waggener,* and *D. Martin,* for plaintiff in error.

*W. S. Greenlee, C. K. Wells,* and *J. F. Tufts,* for defendant in error.

*Per Curiam:* The judgment of the court below in this case is affirmed, upon the authority of the case of *C. B. U. P. Rld. Co. v. J. C. Hotham,* ante, p. 41.